■ In the Matter of HARVEY M. ELENTUCK, Appellant, v BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF NEW YORK et al., Respondents. — In a proceeding pursuant to CPLR article 78, *inter alia,* to review a determination of respondents terminating petitioner's probationary service as a teacher, petitioner appeals from a judgment of the Supreme Court, Queens County (Kunzeman, J.), dated April 4, 1983, which dismissed the petition. ¶ Judgment affirmed, with costs. ¶ Inasmuch as this case involved a denial of tenure, this proceeding pursuant to CPLR article 78 was not timely commenced (see *Matter of Taylor v Berberian,* 96 AD2d 797, affd 61 NY2d 613). Bracken, J. P., Weinstein, Brown and Niehoff, JJ., concur.